# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAISING CANE'S RESTAURANTS, LLC,<br><br>Defendant. | Case No. 6:22-cv-00051-ADA<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff S3G Technology LLC ("Plaintiff") and Defendant Raising Cane's Restaurants, LLC ("Defendant") hereby stipulate to dismissal of this action between Plaintiff and Defendant with prejudice, with no award of costs or fees to either party, and with all rights of appeal being waived.

Dated:  August 29, 2022                                    Respectfully Submitted,

By: */s/ Charles Ainsworth*
Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
Telephone:  (903) 531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

and

Stanley M. Gibson
Gregory S. Cordrey
**JEFFER MANGELS BUTLER
& MITCHELL LLP**
1900 Avenue of the Stars, Seventh Floor

1

Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: smg@jmbm.com
E-mail: gxc@jmbm.com

Attorneys for Plaintiff
S3G TECHNOLOGY LLC

Dated: August 29, 2022  Respectfully Submitted,

By: */s/ Bryan P. Clark (with permission)*
Kent E. Baldauf, Jr.
Bryan P. Clark
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Ste. 1200
Pittsburgh, PA 15222
412/471-8815
415/471-494 (fax)
Email: kbaldaufjr@webblaw.com
Email: bclark@webblaw.com

Attorneys for Defendant
RAISING CANE'S RESTAURANTS, LLC

2

70537005v1

## CERTIFICATE OF SERVICE

      I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 29th day of August, 2022, with a copy of the document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                     */s/ Charles Ainsworth*
                                      CHARLES AINSWORTH

70537005v1